IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIM AND MARI POTTER, TMP VENTURES, LLC, SCOTT RUSH, AND S & D RUSH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> THE FILE DEPOT, LLC, A.G. CROWE, ROB PERRY, AND ST. GREGORY DEVELOPMENT GROUP, LLC, <br><br> Defendants. | Civil Action No. _____ <br><br><br> Judge _____ <br><br><br><br><br> Magistrate Judge _____ |

## FRCP RULE 7.1 CORPORATE DISCLOSURE OF
## S & D RUSH CORP.

NOW INTO COURT, through undersigned counsel, comes plaintiff, S & D Rush Corp., and as required by FRCP Rule 7.1, provides the following corporate disclosure:

S & D Rush Corp. is a for-profit corporation incorporated under Indiana law. It is not a subsidiary of any parent company, and there is no publicly traded company which owns more than ten percent (10%) of its stock.

Date: June 6, 2017  Respectfully submitted by,

TIM AND MARI POTTER, TMP VENTURES, LLC, SCOTT RUSH, AND S & D RUSH CORP.

BY:  /s/ W. Scott Keaty
    W. Scott Keaty (#23151)
Kantrow Spaht Weaver and Blitzer (APLC)
445 North Boulevard, Suite 300
Baton Rouge, Louisiana  70802
Tel.: (225) 383-4703
Fax: (225) 343-0630
Email: scott@kswb.com

W. Michael Garner
Erin E. Conway
*(pro hac vice applications to be filed)*
Garner & Ginsburg, P.A.
222 South Ninth Street
Suite 2930
Minneapolis, Minnesota  55402
Tel.: (612) 259-4800
Fax: (612) 259-4810
Email: wmgarner@yourfranchiselawyer.com
      econway@yourfranchiselawyer.com

## **CERTIFICATE**

I hereby certify that a copy of the foregoing FRCP Rule 7.1 Corporate Disclosure of S & D Rush Corp. has this been mailed, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana, on June 6, 2017.

                /s/ W. Scott Keaty