# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIM AND MARI POTTER, TMP VENTURES, LLC, SCOTT RUSH, AND S & D RUSH CORP.<br>　　　　　Plaintiffs,<br><br>v.<br><br>THE FILE DEPOT, LLC, A.G. CROWE, ROB PERRY, AND ST. GREGORY DEVELOPMENT GROUP, LLC<br>　　　　　Defendants. | Civil Action No. 2:17-cv-05585-EEF-JVM<br><br><br>Judge Eldon E. Fallon<br><br><br><br>Magistrate Judge Janis van Meerveld |

## **PLAINTIFFS' VOLUNTARY NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Tim and Mari Potter, TMP Ventures, LLC, Scott Rush, and S & D Rush Corp. hereby voluntarily dismiss this action without prejudice.

Date: July 27, 2017

Respectfully submitted,

TIM AND MARI POTTER, TMP VENTURES, LLC, SCOTT RUSH, AND S & D RUSH CORP.

By: /s/ *W. Scott Keaty*
　　W. Scott Keaty (La. Bar No. 23151)
Kantrow Spaht Weaver & Blitzer (APLC)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703

Erin E. Conway (Minn. Bar No. 393594)
GARNER & GINSBURG, P.A.
222 South 9th Street
Suite 2930
Minneapolis, MN 55402
econway@yourfranchiselawyer.com
(612) 259-4800 (Telephone)
(612) 259-4810 (Facsimile)

## **CERTIFICATE**

I hereby certify that I electronically filed the foregoing Plaintiffs' Voluntary Notice of Dismissal with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification.

Baton Rouge, Louisiana, on July 27, 2017.

                                           */s/ W. Scott Keaty*